United States Bankruptcy Court
Middle District of North Carolina

In re:  
Joy Kinley Daniel  
    Debtor

Case No. 10-10753-bak  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0418-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 12, 2021      Form ID: 161      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joy Kinley Daniel, 330 Presnell St. Unit 28, Asheboro, NC 27203-4766 |
|  | + Joy Kinley Daniel, 5715 Wildberry Drive, Greensboro, NC 27409-2715 |
|  | + U.S. Attorney - MDNC, 101 S. Edgeworth Street, 4th Floor, Greensboro, NC 27401-6045 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: bancm_ecf@ncmba.uscourts.gov | Jan 12 2021 18:18:00 | William P. Miller, Bankruptcy Administrator, 101 South Edgeworth Street, Greensboro, NC 27401-6024 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler | office4@chapter13gboro.com office5@chapter13gboro.com |
| Matthew T. McKee | on behalf of Creditor MetLife Home Loans middlenotices@rtt-law.com |
| Mercedes Oglukian Chut | |

District/off: 0418-2                     User: admin                                Page 2 of 2
Date Rcvd: Jan 12, 2021                  Form ID: 161                               Total Noticed: 4

                  on behalf of Debtor Joy Kinley Daniel mercedesbankruptcy@yahoo.com  janice@chutlaw.com

Neil D. Jonas
                  on behalf of Creditor MetLife Home Loans Neil.Jonas@brockandscott.com
                  wbecf@brockandscott.com;cltecfnotices@brockandscott.com

TOTAL: 4

Form 161

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−10753

IN THE MATTER OF:
Joy Kinley Daniel    xxx−xx−4793
aka Joy Kinley Lance
aka Joy Michelle Kinley
330 Presnell St. Unit 28
Asheboro, NC 27203

Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

TAKE NOTICE THAT the following request has been made with the Court:

[74] Application for Payment of Unclaimed Funds by Joy Kinley Daniel, Claimant, Requesting Payment of Unclaimed Funds in the amount of $1,403.12;

[76] Application for Payment of Unclaimed Funds by Joy Kinley Daniel, Claimant, Requesting Payment of Unclaimed Funds in the amount of $691.31.

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 2/4/21 with the movant and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, **a telephonic hearing** on the motion will be held on 2/23/21 at 02:00 PM

**In the event a hearing is to be held, to participate in the hearing, parties are instructed to dial 877−848−7030; Access Code: 8852513 when prompted to do so.**

Dated: 1/12/21                                                          OFFICE OF THE CLERK/drm