**SO ORDERED.**

**SIGNED this 10th day of February, 2021.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **IN RE:** Joy Kinley Daniel | ) | **Case No.:** 10-10753 |
| | ) | |
| | ) | |
| | ) | **Chapter:** 13 |
| Debtor(s) | ) | |

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On 1/12/2021, an application was filed for the Claimant(s), Joy Kinley Daniel, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C § 2042, the sum of $691.31 held in unclaimed funds be made payable to Joy Kinley Daniel and be disbursed to the payee at the following address:

Joy Kinley Daniel
5715 Wildberry Drive
Greensboro, NC 27409

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

-END OF DOCUMENT-